THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID GERNSTEIN, Appellant.

*Crimes — burglary — larceny — judgment of conviction affirmed.*

People v. *Gernstein,* 194 App. Div. 983, affirmed.

(Argued May 9, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 28, 1920, which affirmed a judgment of the Wyoming County Court rendered upon a verdict convicting the defendant of the crimes of burglary, third degree, and grand larceny, first degree.

*William W. Dickinson* and *Harry Lipsitz* for appellant.

*Clarence H. Greff,* District Attorney (*La Vergne A. Walker* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.